IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 1:25CR293 |
|---|---|
| Plaintiff, | ) |
| v. | ) CHIEF JUDGE LIOI |
| LEONZA WASHINGTON, | ) |
| Defendant. | ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Northern District of Ohio hereby dismisses, without prejudice, the Indictment against Defendant Leonza Washington.

David M. Toepfer
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Date: 11/7/2025